**MEMO ENDORSED.**



> The Plaintiff's application is **GRANTED**.
>
> The Initial Case Management Conference is adjourned to **October 28, 2025** at 10:00am.
>
> **SO ORDERED.**
>
> Ona T. Wang          August 21, 2025
> U.S.M.J.

August 20, 2025

**VIA ELECTRONIC CASE FILING (ECF)**

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York  10007

Re:    *Techne Architectural Design D.P.C. ("Techne") v. Wells Fargo Bank, N.A. ("Wells Fargo"), et alius* (S.D.N.Y. Case No. 1:25-cv-06033-DEH-OTW)

Dear Judge Wang:

We represent Plaintiff Techne Architectural Design D.P.C. in the above-referenced action and write, pursuant to Rule II(b) and (e) of Your Honor's Individual Practices in Civil Cases (updated April 9, 2025), respectfully to request, with the consent of counsel for Defendant Wells Fargo, an adjournment of the Initial Case Management Conference, currently scheduled for Tuesday, **September 9, 2025** at 10:30 a.m. (the "Conference").

This request arises from the fact that my 83-year-old father will be undergoing open-heart surgery only a few days prior to the September 9 Conference, making my personal attendance at the Conference difficult.

There has been no previous request for an adjournment of the Conference and, as noted, counsel for Defendant Wells Fargo consents to this request.  After conferring with counsel for Defendant Wells Fargo, we propose the following alternative dates:  Tuesday, **October 14, 2025**; Tuesday, **October 21, 2025**; and Tuesday, **October 28, 2025**.

Under the circumstances, the requested adjournment will provide the parties with sufficient time to comply with, among other things, Your Honor's requirements that the parties meet and confer "at least 21 days before the date of the . . . Conference" (DE 6 at 2) and complete and file "the Report of Rule 26(f) Meeting and Proposed Case Management Plan . . . one week before the . . . Conference" (*id.*).

Thank you very much for your time and attention to this request.

Respectfully submitted,

*/s/ Kenneth E. Aldous*

Kenneth E. Aldous