UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TECHNE ARCHITECTURAL DESIGN D.P.C,

Plaintiff,

v.

WEKKS FARGO BANK, N.A., and JOHN DOE SCAMMER,

Defendants.

25 Civ. 6033 (DEH) (OTW)

**ORDER**

DALE E. HO, United States District Judge:

Plaintiff commenced this action against Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and "John Doe Scammer" in state court, and this action was removed to the District on July 23, 2025. *See* ECF No. 1. Plaintiffs filed a voluntary dismissal on December 1, 2025 as to Defendant Wells Fargo. ECF No. 18. On December 11, 2025, Magistrate Judge Wang issued a Report and Recommendation (the "Report"), recommending that anonymous defendant John Doe Scammer be dismissed with prejudice due to failure to prosecute. *See* Report, ECF No. 21.

The deadline to file objections to the Report was December 26, 2025. Wells Fargo did not object. John Doe Scammer, whose identity is still unknown, has not appeared, and has not been served, also did not object.

In reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023). The Court has reviewed the Report and has found no error, clear or otherwise.

It is hereby **ORDERED** that the Report is **ADOPTED IN FULL.** As set forth in the Report, Plaintiff was Ordered to show cause why the action should not be dismissed with prejudice by December 8, 2025, and the Plaintiff also had the opportunity to object to the Report by December 26, 2025, but did neither. As the Report further notes, it does not appear there is a named party to substitute for the fictional John Doe. Accordingly, the Complaint is **DISMISSED WITH PREJUDICE.**

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: November 4, 2026
New York, New York

DALE E. HO
United States District Judge